UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

FILED
JAN 19 2007
FRED L. BORCH III, CLERK
US DISTRICT COURT, EDNC
BY _____ DEP CLK

CASE NO: 5:07-M-1017

UNITED STATES OF AMERICA )
)
V. )
) CRIMINAL INFORMATION
CHRISTOPHER HUGHES )
Ft. Bragg, NC 28307 )

Defendant:

The United States Attorney charges:

COUNT ONE

THAT, on or about November 27, 2006, on the Fort Bragg Military Reservation, an area within the special maritime and territorial jurisdiction of the United States and within the Eastern District of North Carolina, CHRISTOPHER HUGHES, did operate a motor vehicle upon a street, highway, or public vehicular area while under the influence of an impairing substance and/or after having consumed sufficient alcohol that he had, at a relevant time after driving, a blood alcohol concentration of 0.08% or more; in violation of Title 18, United States Code, Section 13, assimilating North Carolina General Statute 20-138.1.

COUNT TWO

THAT, on or about November 27, 2006, on the Fort Bragg Military Reservation, an area within the special maritime and territorial jurisdiction of the United States and within the Eastern District of North Carolina, CHRISTOPHER HUGHES, did operate a vehicle on a street or highway in excess of at least 15 miles per hour over the legal

limit, to wit: 72 mph in a 50 mph zone, in violation of Title 18, United States Code, Section 13, assimilating North Carolina General Statute 20-141(j1).

GEORGE E.B. HOLDING
UNITED STATES ATTORNEY

BY: /s/ B. Ashley Cole
B. ASHLEY COLE
Special Assistant United States
  Attorney
XVIII Airborne Corps & Ft Bragg
Fort Bragg, NC  28307-5000
(910) 396-1221/1222